UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:  )  BK No.:  22-04843
Frank Garcia, Jr  )
Kathy H Garcia  )  Chapter:  13
  )
  )  Honorable Jacqueline P Cox
  )
  )  1
Debtor(s)  )

**ORDER EXTENDING THE AUTOMATIC STAY**

THIS MATTER coming to be heard on the MOTION TO EXTEND THE AUTOMATIC STAY, the Court having jurisdiction, with due notice having been given to all parties in interest; pursuant to SECTION 11 USC 362(c)(3)(b), the Court orders as follows:

1. The automatic stay is extended and all of the Debtors' creditors are bound by said stay until 6-13-22 at 10:30 a.m.

Enter:

*Jacqueline P. Cox*

Honorable Jacqueline Cox
United States Bankruptcy Judge

Dated: May 09, 2022

**Prepared by:**

David H. Cutler, esq.
Counsel for Debtors:
Cutler & Associates,
4131 Main St.,
Skokie, IL 60076
Phone: (847) 673-8600